**12 CIV. 4352**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Antonio Nolasco Pacheco
141-11-14629

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Det Anthony K. Spencer # 5204  072 pct
Det Winchester # 2834  072 pct
Deparment of the City Police
Unit Agency Log # Det Carreto  PDU 82pct
Pom Morrales Anibal. Mos. Nome 82 pct
Lt. Sales Audabert   Aprove Nome 072 pct
SPA Rafford   Complaint Report 072 pct
Lt. Sales   Sign off Supervicer 072 pct
Det Giovanni Talavera # 1022   Oldo pct

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes  ☐ No
(check one)

RECEIVED
JUN - 1 2012
PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff   Name  Francisco Antonio Nolasco Pacheco #141-11-14629
ID #  141-11-14629 / 078-405092
Current Institution  G.R.V.C.
Address  09-09 Hazen Street
East Elmhurst, New york, 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1   Name  Anthony K. Spencer  Shield # 5204
Where Currently Employed  Police Deparment of N.Y.
Address  292 Command  830 4 Ave 072 pct.
Brooklyn New york, 11220

*Rev. 05/2010*                1

Defendant No. 2    Name _Det. Winchester_    Shield # _2834_
Where Currently Employed _Police Department of NY._
Address _292 Command 830 4 Ave 072 Pct._
_Brooklyn New york, 11220_

Defendant No. 3    Name _Lt. Salas_    Shield # _Unknow_
Where Currently Employed _Police Department of NY._
Address _292 Command 830 4 Ave 072 Pct._
_Brooklyn New york, 11220_

Defendant No. 4    Name _Police Department of NY._    Shield # _Unvo_
Where Currently Employed _Police City N.Y._
Address _1 Police Plaza or Mayor_
_Manhattan, N.y. N.y. 10006_

Defendant No. 5    Name _Det. Giovanni Talavera_    Shield # _1022_
Where Currently Employed _Police Department of NY._
Address _286 Command 5822 16th Ave 866. Pct._
_Brooklyn, New york, 11220_

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_830 4 Ave 292 Command 072 Pct._

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_By the Police Department of NY. 072 Pct._
_False Arrest and False Documents and False Impussenment_

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?
_ON 11-03-11 at 9:00 pm_

D.    Facts: I was NEVER ARRESTED for charges which am Going to court on and am Also Inded on I was NEVER there on did not Gave oral Statement to know on on this P.Ct. 072 was NEVER finger Printed there So how do I have my Raph sheet Pull. Now this here is corruption by officers out holding the law. for what I can understand Is the a officer or should said Det Giovanni Talavera # 1022 of 066 286 command took my finger Prints twice and Dump the other Charge on my Person with out a warrant and Det Anthony K. Spancer # 5204 Det Winchester 2834 follow through gre a Det Casela Int. agency Loge DON morales anibal, Lt Seles, SPA Hadden & Ronald Cassaro out of the 292 command 8:30 4hr 072 Pct.

I've Parole officer G. Payton whom can testifiynd the I was never Arrested by this crook cops of the 072 pct and I also would want the cameas showing me coming intol this here Pct. 072 Also I could try to contad her Supervisor because they were all there when Stecuffing

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I've Sustaind injury from The Depart ment of Correction because this false arrest and false Statement + false Immprissoment by this Det Anthony K. Spancer # 5204 and Co-workers. I've a almost dead arm left al that and moss pain on neck of the back and collord Bone begin swelling I would say Pain and Suffering also mentely am Dipress steeds and dont wanna talk to hardly one

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Supreme Court of Kings

I would say all my Exhusted my remedy at 320 Jay St by Getting Reed of my Public Attorney not working best Interest

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know __✓__

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know __✓__

If YES, which claim(s)? ____ IF they had for this Problem It's out side one

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No __✓__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No __✓__

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

____ I File a Habes Corpus Pursuant to CPLR § 7000

1.    Which claim(s) in this complaint did you grieve? the out side Charge and False Arrest.

2.    What was the result, if any? It's Still on Process I di not have a Attorney sinse 30, April, 12 @ other Do-process Violated

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I am on the at waiting to Get a Response from the courts as we are here why because the courts want to take this Case to trial and I can face they would set me up as the test Case I am on Parole for Started with 20 years and come back down on a Reversal Same Det Anthony R. Spencer's 5204

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: It those not petented to Correc[ro]nal facility but New york City

____

____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: Can say because the Judge Morab of Syprene court those not Gave me any thing to Go on she said she wast Investacated and that was an 30 April, 12, I, May, 12 was at court and was not produce my Attorny withdraw him self and next day 2, may, 12 Also Did see no one and was push to 12 June, 12 with out Lawfer and force to do proced

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I would Give you my Last Charge I went to upstate for on a false I.D. and line up was set up the num# to line up where 1, 2, 3, 5, 4, 6 I was Number 4 who was the lead Det. Anthony K. Spencee #5204 and Now It looks like we Going to Round to my last Inditment # 7871/2006 I would like for It be Check upon on why I come down on Beveosa!

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want for the court to look at this PCT 072 292 comman because I am not the only one whom is being set up by this here Det Anthony K. Spencee #5204 he Also knows my step mother and aunts whom he visit most of the time at 149 st on a beauty salon between 4 ave 5. I need to be free of this here Charges by this corrupted Cops and the Police Departmant of New york to foreed them and ask for 1,000,000 Dollars for pain and Suffering

## VI. Previous lawsuits:

| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? |
|---|---|---|

Yes ✓  No ____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff  Francisco Nolasco 141-11-14629

   Defendants  Department of Correction OBCC.

   2.   Court (if federal court, name the district; if state court, name the county) Don't Know
   Ask My suit Attorney Cohen & Fitch (212) 374-9115

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ✓ No ____
        If NO, give the approximate date of disposition  nothing yet

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  no

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes ____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____

   4.   Name of Judge assigned to your case _____

   5.   Approximate date of filing lawsuit _____

   6.   Is the case still pending? Yes ____  No ____
        If NO, give the approximate date of disposition _____

   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _25_ day of _May_____, 20_12_

                     Signature of Plaintiff

                     Inmate Number _141-11-14629/078405097_

                     Institution Address _G.R.V.C. D.O.C._

                                     _09-09 Hazen Street_

                                     _East Elmhurst_

                                   _New York, 11370_

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _25_ day of _May_____, 20_12_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                   Signature of Plaintiff: