12cv4352

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Antonio Nolasco Pacheco
141-11-14629 Before
141-12-16447 Now

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Moye of D.O.C.
Officer Sesour of D.O.C.
Officer John Doe's DOC.
Capt Delancy #1695 DOC.
Capt Khan #394
Department of New York City Corrections
P.H.S., Dr. August

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/13
```

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

MAR 27 2013
PRO SE OFFICE

RECEIVED PRO SE OFFICE
2013 APR -3 A 10:29

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Francisco Antonio Nolasco Pacheco
ID #  141-12-16447 / 141-11-14629
Current Institution  OBCC · 1600
Address  OBCC 1600 Hazen St East Elmhurst New York, 11370

List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Officer Moye  D.O.C.   Shield # UNK
Where Currently Employed  On 1/13/12 Messhall D.O.C.
Address  OBCC · 1600
1600 Hazen St East Elmhurst NY 11370

Rev. 05/2010                                1

Defendant No. 2    Name _Officer Sesock_                    Shield # _UNK_
                   Where Currently Employed _On 1/13/12 Left post_
                   Address _On Hallway/1600 OBCC._
                   _OBCC 1600 Hazen St East Elmhurst, NY 11370_

Defendant No. 3    Name _CO. John Doe/corrections_          Shield # _UNK_
                   _Department of NYC P.H.S. Dr. August_
                   Where Currently Employed _On 1/13/12 Messhall Hallway_
                   Address _OBCC 1600 + Clinic P.H.S., Dr. August_
                   _OBCC 1600 Hazen St East Elmhurst NY 11370_

Defendant No. 4    Name _Capt Delancy_                      Shield # _1695_
                   Where Currently Employed _OBCC Messhall Hallway_
                   Address _OBCC 1600 Hazen Street_
                   _East Elmhurst New York 11370_

Defendant No. 5    Name _Capt Khan_                         Shield # _394_
                   Where Currently Employed _OBCC 1/13/12 Messhall_
                   Address _OBCC 1600 Hazen Street_
                   _East Elmhurst New York 11370_

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    _OBCC 1600 Hazen Street_
    _East Elmhurst New York 11370_

B.  Where in the institution did the events giving rise to your claim(s) occur?
    _OBCC 1600 Hazen Street East Elmhurst_
    _New York 11370 / Hallway Messhall_

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    _1/13/12 At 17:40 hours on Hallway Messhall_

D.  **Facts:**

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

ON 1/13/12 At Approximetly 17:25 hours co moore Denied me, my Institutional Jewish tray of food. When I ask him why he told me to Get my spic Jew out of his face. So I sit Down an told the Next officer I don't eat Regular food and Gave the food away and went to Get my food He Got upset and stoole Going back and forth so Capt #Khan 394 took me outside on the hallway he and a few other COs left there post follow Capt Khan #394 Instructed this officer Don't hit him, he Geab me by my shirt and Put his Right fist up and hit me so I try to Defend my self while I end up on the floor. A officer by the name Sejave I later found out left his post and kick me In my face head + a other officer was hitting me on my face and two other were Punching me in my Ribbs and others holding me down I end up out cold a Defendent by name Barksdale and Williams are my witness also they told me Capt Khan was Given oders for the COs to stop Assulting my person it when to Death ears.

### III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ON 1/13/12 The P.H.S. try too make it look AS If It were No Injury. After 4 days of me putting Down for sick call and not much visible bruses show. when I Got to see a Doctor 1/17/12 excrutiating Pain le/f Shoulde 1/21/12 Spain of Neck 1/23/12 can't move Shoulder upor behind 2/6/12 Contusion of fore arms 1/24/12 Pain Due to trouma Chronic 1/18/12 Back Pain from 1/13/12 until Today Shoulder Region Dis Neck tear It Cococa/avicular ligament and Dead arm Symptoms.

### IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). OBCC 1600 HAZEN St / G.R.V.C. 09-09 HAZEN St East Elmhurst NY. 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _NONE_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? OBCC 1600 / GRVC 09-09

1. Which claim(s) in this complaint did you grieve? The one on 1/13/12 and 1/29/12 was thrown down 4 Lower stairs on hand cuff

2. What was the result, if any? More Injuries + Re Injure one hand was cuff and other on a Sling

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. They Never Answer

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: __Never Answer my Grievance__

G. Please set forth any additional information, that is relevant to the exhaustion of your administrative remedies. __None__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __I ask the this Officers Be Put on a Program for Anger management + Also to be teaining In not beening Racezims Don't matter what Peoples belives Is/ Also to Cope with living there Problems at home and not takeing It out on the Person they Suppose are In there Coostudy. A mental Health evaluation + Uienenglres test weekly. Now for the pain and Soffering the I am Still having and mentel Arglish I ask a $1,000,000 Dllar for Compensation Plus therapher I've to Go too.__

VI. **Previous lawsuits:**

> On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓  No ___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Francisco Antonio Nolasco Pacheco

Defendants  Det. Anthony K. Spencer #5204 N.Y.P.D.

2. Court (if federal court, name the district; if state court, name the county)  United States District Court Southern District of New York

3. Docket or Index number  12 CV 4352 (DLC)

4. Name of Judge assigned to your case  Denise Cote

5. Approximate date of filing lawsuit  6/1/12

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Poet Dismissed Poet amend to bring 1983 to this same court by April, 19, 13

[On other claims]

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___  No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

2. Court (if federal court, name the district; if state court, name the county)  _____

3. Docket or Index number  _____

4. Name of Judge assigned to your case  _____

5. Approximate date of filing lawsuit  _____

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of March, 2013

Signature of Plaintiff: [signature]

Inmate Number: 141-12-16447

Institution Address: OBCC, 1600 Hazen Street East Elmhurst New York 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of March, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

Francisco Pacheco
1600 O.B.C.C.
Hazen Street
East Elmhurst
New York, 11370
March, 19, 2013
141-12-16447

TO: Hon. Judge
DENISE L COTE
United State Distric Judge
Southeen Distrect of New York
500 Pearl Street
New York, N.Y., 10007

RE: Francisco Pacheco vs. Det Spence
et al., 12 Civ. 4352

Your Honor Ms. D. COTE

I Am The Plaintiff alleges, Intee alia that on, November, 3, 2011, Was arrested by an employees of the 66 Pct (N.Y.P.D.) and later on while at Centee Bookin Was Dumped a other arrest the Never Was finger Printed on and they alleges of me been At there 72 pct 830 4Ave Given a oeal statement of committe of this suppose Crime when I was Never there I've to take a (cop out) of misdeemonor to Go home and While I was Inccrcorate was Assulted by D.O.C. And Still been Assulted by them where statemor A weote would (Vanesh).

I don't know but I NEED a Extancion so I could Get Everything the IS ASK of me and help like a couet oder where this so call P.H.'S. Give me what I Need so I could being this (1983) the I am been ask to Submitted Again. And thank you for the very Opportunity to Explain and be able to Subm itted this New (1983) thank you

Respectfully yours

[signature]

